# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re DISH NETWORK DATA INCIDENT LITIGATION | **JUDGE REGINA M. RODRIGUEZ**<br><br>**MAGISTRATE JUDGE SUSAN B. PROSE**<br><br>Civil Action No.: 1:23-cv-01168 |

## PLAINTIFFS' CONTESTED MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE

Plaintiffs Susan Owen-Brooks, Suzanne Cook, Crystal Bane, Jada Looney, on behalf of her three minor children, M.L., J.L., and S.L., Rebecca Dougherty, Daniel Clark, John Cruse, Christie Turley, Allen Ellerbrock, Laina Jenkins, Michael Cardenas, Elizabeth Garza, Laura Vest, and Aaron Jodeh ("Plaintiffs") hereby move Court appointing Mason A. Barney of Siri & Glimstad LLP, Bryan L. Bleichner of Chestnut Cambronne PA, and Scott E. Cole of Cole & Van Note as Interim Co-Lead Class Counsel ("Proposed Interim Co-Lead Counsel") pursuant to Fed. R. Civ. P. 23(g), and appointing an executive committee of Danielle L. Perry of Mason LLP, John J. Nelson of Milberg Coleman Bryson Phillips Grossman LLC, Joseph M. Lyon of The Lyon Firm, LLC, M. Anderson Berry of Clayeo C. Arnold, A Professional Corporation, and Mark S. Reich of Levi & Korsinsky, LLP. [1]

---

[1] A copy of Proposed Order is being filed herewith.

1

As discussed in detail in the accompanying Memorandum, Proposed Interim Co-Lead Counsel satisfy the elements of Fed. R. Civ. P. 23(g) and are well-suited to lead the prosecution of this litigation on behalf of Plaintiffs and the proposed Class because, among other reasons, they have spent a significant amount of time and effort investigating, researching, and litigating the cases, are most familiar with the legal and factual issues in question, and intend to pursue a strategy that works best for the interests of the putative Class that Plaintiffs seek to represent.

Proposed Interim Co-Lead Counsel focus their practices on, and have extensive experience in, complex class action litigation, including data breach litigation—*i.e.*, the types of claims and allegations at issue in the Related Actions. Further, Proposed Interim Co-Lead Counsel's respective firms have the resources to effectively and efficiently pursue this action and have already committed sufficient resources to this litigation. Proposed Interim Co-Lead Counsel will work together and with other plaintiffs' counsel to litigate this matter to a successful conclusion.

This Motion is supported by the contemporaneously filed Memorandum. Proposed Interim Co-Lead Counsel conferred with Defendant's Counsel regarding consolidation and leadership. Defendant's Counsel stated they take no position on the proposed leadership structure. Defendant also explicitly does not waive any rights to compel arbitration of any plaintiff.

WHEREFORE, Plaintiffs respectfully request the Court appoint Mason A. Barney of Siri & Glimstad, LLP, Bryan L. Bleichner of Chestnut Cambronne PA, and Scott E. Cole of Cole & Van Note as Interim Co-Lead Counsel, and appointing an executive committee comprised of Danielle L. Perry of Mason LLP, John J. Nelson of Milberg Coleman Bryson

Phillips Grossman LLC, Joseph M. Lyon of The Lyon Firm, LLC, M. Anderson Berry of Clayeo C. Arnold, A Professional Corporation, and Mark S. Reich of Levi & Korsinsky, LLP.

Dated: August 18, 2018

Respectfully submitted,

*/s/ Mason A. Barney*
Mason A. Barney (*pro hac vice* to be filed)
Tyler J. Bean (*pro hac vice* to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
Email:  mbarney@sirillp.com
Email:  tbean@sirillp.com

Bryan L. Bleichner (MN BAR #0326689)
Philip J. Krzeski (OH BAR #0095713)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
Email: bbliechner@chestnutcambronne.com
Email: pkrzeski@chestnutcambronne.com

Scott E. Cole
Cody A. Bolce
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510)891-7030
Email: sec@colevannote.com
Email: cab@colevannote.com

*Proposed Interim Co-Lead Counsel*

Gary E. Mason
Danielle L. Perry
Lisa A. White
**MASON LLP**

3

5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: lwhite@masonllp.com

John J. Nelson (*pro hac vice* to be filed)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
401 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Joseph M. Lyon
**THE LYON FIRM**
2754 Erie Ave. Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: jlyon@thelyonfirm.com

M. Anderson Berry (*pro hac vice* to be filed)
Gregory Haroutunian (*pro hac vice* to be filed)
Brandon P. Jack (*pro hac vice* to be filed)
**CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email:  aberry@justice4you.com
Email:  gharoutunian@justice4you.com
Email: bjack@justice4you.com

Mark S. Reich
**LEVI & KORSINSKY, LLP**
55 Broadway, 4th Floor, Suite 427
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com

*Proposed Executive Committee Counsel*

4

Mark E. Saliman
**SALIMAN LAW, LLC**
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Tel: (720) 907-7652
E: mark@salimanlaw.com


Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
Email: gklinger@milberg.com

Josh Sanford (ARK BAR #44358)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040
Email: josh@sanfordlaw.com

Rick D. Bailey, Esq. Atty. Reg. #26554
**LAW OFFICE OF RICK D. BAILEY, ESQ**.
1801 Broadway, Ste. 528
Denver, Colorado 80202
Tel: (720) 676-6023
Email: rick@rickbaileylaw.com

Ryan D. Maxey
**MORGAN & MORGAN PA**
201 North Franklin Street
Suite 700
Tampa, FL 33602
813-424-5630
Email: rmaxey@forthepeople.com

Colleen Therese Calandra
**MORGAN & MORGAN PA**
999 18th Street
Suite 3000B
Denver, CO 80202
303-264-1746
Email: ccalandra@forthepeople.com

Jeffrey A. Berens

5

**BERENS LAW LLC**
2373 Central Park Blvd., Suite 100
Denver, CO 80238
Telephone: (303) 861-1764
Email: jeff@jberenslaw.com

Thiago M. Coelho
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213)381-9989
Email: thiago@wilshirelawfirm.com

*Counsel for Plaintiffs and Putative Rule 23 Class*

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 18, 2023                    */s/ Mason A. Barney*
                                           Mason A. Barney

6