**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-01168-RMR-SBP                **Consolidated Action**

**In re DISH Network Data Security Incident Litigation**

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Michael Cardenas, Daniel Clark, and Laura Vest ("Plaintiffs") and Defendants

Dish Network L.L.C. and Dish Network Corporation, by their respective counsel, pursuant to Rule

41(a)(1)(A)(ii) hereby stipulate and jointly agree, with all matters having been resolved, that all

claims raised in this action are hereby dismissed with prejudice, with each party to bear its own

attorneys' fees and all costs and expenses incurred in connection with this litigation.


Dated: September 8, 2025                                    Respectfully Submitted,

                                                            */s/Mason A. Barney*
                                                            Mason A. Barney
                                                            **SIRI & GLIMSTAD LLP**
                                                            745 Fifth Avenue, Suite 500
                                                            New York, New York 10151
                                                            Tel:  (212) 532-1091
                                                            Email:  mbarney@sirillp.com

                                                            Scott Edward Cole
                                                            **COLE & VAN NOTE**
                                                            555 12th Street, Suite 2100
                                                            Oakland, California 94607
                                                            Tel:  (510) 891-9800
                                                            Email:  sec@colevannote.com

                                                            Bryan L. Bleichner (MN BAR #0326689)
                                                            **CHESTNUT CAMBRONNE PA**
                                                            100 Washington Avenue South, Suite 1700
                                                            Minneapolis, MN 55401
                                                            Tel:  (612) 339-7300
                                                            Email:  bbliechner@chestnutcambronne.com

1

Attorneys for Plaintiffs Michael Cardenas,
Daniel Clark, and Laura Vest

*/s/ Richard R. Patch*
Richard R. Patch
Scott C. Hall
Sabrina A. Larson
**COBLENTZ PATCH DUFFY & BASS
LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
Email: rpatch@coblentzlaw.com
shall@coblentzlaw.com
slarson@coblentzlaw.com

Attorneys for Defendants
DISH NETWORK L.L.C. and DISH
NETWORK CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I, Mason A. Barney, do hereby certify that, on September 8, 2025, a true and correct copy

of the above and foregoing *Notice of Voluntary Dismissal With Prejudice* has been sent via the

Court's ECF System.

<u>*/s/Mason A. Barney*</u>
Mason A. Barney